This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41687**

**RUBY TRUJILLO-MARTINEZ,**

Plaintiff-Appellant,

v.

**ALICIA CASSANDRA RAEL; and
ROSITA J. MONDRAGON-RAEL,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY
Jeffrey A. Shannon, District Court Judge**

Sanchez Law Office
Dennis T. Sanchez
Taos, NM

for Appellant

Allen, Shepherd, Lewis & Syra, P.A.
Katrina Bagley
Christopher R. Reed
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**DUFFY, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

{2}     **IT IS SO ORDERED.**

MEGAN P. DUFFY, Judge

WE CONCUR:

ZACHARY A. IVES, Judge

SHAMMARA H. HENDERSON, Judge